ensue from adopting a contrary view which latter would fail to accord proper respect to the course of conduct followed in good faith by the State Comptroller under a formal opinion of the Attorney-General given to him in 1893, ▪which course in no wise improperly in any material way adversely affects any private interest in the lands falling within the purview of the several statutes enacted by the Legislature respecting the sale of non-resident lands for delinquent taxes. The curative effect of the provisions of chapter 895 of the Laws of 1895 makes inapplicable the doctrine of *Ensign* v. *Barse* (107 N. Y. 329). Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur. Settle order on notice.

PASQUALE BRACCI, Respondent, v. RAFFALLI RICCI and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

COMMERCIAL CREDIT CORPORATION, Appellant, v. CHURCHILL HARDEN and SIMON WILSON, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ELINOR COLLINS, Respondent, v. HARRY HOAGLAND, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of FRANCES SCHEUSTER, Respondent, v. MILTON INGBER, Appellant.— Order of filiation of the Court of Special Sessions, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ETHEL E. CUNNINGHAM, Respondent, v. ALLAN P. CUNNINGHAM, Appellant. (Appeal No. 1.) — Order denying defendant's motion for the issuance of a commission affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ETHEL E. CUNNINGHAM, Respondent, v. ALLAN P. CUNNINGHAM, Appellant. (Appeal No. 2.) — Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

CHARLES L. DEMARTINI, Respondent, v. PISTELL, DEANS & Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

PHILIP FABER, Respondent, v. GROVER A. WHALEN, EDWARD M. SHELVEY and JAMES GILLEN, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Order granting injunction *pendente lite* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Sindel* v. *Whalen* (*post*, p. 661), decided herewith. Lazansky, P. J., Rich, Young, Seeger, and Scudder, JJ., concur.